Jeanne L. Zimmer (SBN: 123321)
ZimmerJ@cmtlaw.com
J. Grace Felipe (SBN: 190893)
Felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard
Suite 1214
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant
STELLAR RECOVERY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEENA RAFFIN,** <br><br> Plaintiff, <br><br> vs. <br><br> **STELLAR RECOVERY, INC.,** <br><br> Defendant. | Case no. <br><br> **NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant STELLAR RECOVERY, INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

A. **INTRODUCTION**

1. The parties to this action are Plaintiff, SHEENA RAFFIN ("Plaintiff") and Defendant STELLAR RECOVERY, INC. ("Defendant").

/ / /

2. Upon information and belief, Plaintiff initially filed this case on October 20, 2014, in the Superior Court of California, County of Los Angeles, Case No. 14K13721. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On November 19, 2014, Defendant was personally served with the Summons and a copy of Plaintiff's Complaint, the Civil Case Cover Sheet Addendum and Statement of Location and the Superior Court's General Order (a true and correct copy of which are collectively attached hereto as Exhibit "A").

4. As Defendant received Plaintiff's Complaint on November 19, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via *Federal Rule of Civil Procedure* 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

B.  **BASIS FOR REMOVAL**

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the

provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## C. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

## D. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

Dated: December 18, 2014          **Carlson & Messer LLP**

By: /s/ J. Grace Felipe
Jeanne L. Zimmer
J. Grace Felipe
Attorneys for Defendant
STELLAR RECOVERY, INC.